# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RON HOWARD, JR., | ) | 1:06-CV-01589 LJO NEW (DLB) HC |
|     Petitioner, | ) | |
|     v. | ) | ORDER VACATING ORDER TO RESPOND OF FEBRUARY 27, 2007 |
| JEANNE WOODFORD, Director, | ) | [Doc. #8] |
|     Respondent. | ) | |

On February 27, 2007, the Court issued an Order directing Respondent to file a response to the petition. The order was issued in error.

Accordingly, the February 27, 2007, Order to Respond is HEREBY VACATED. The case will be screened in due course.

IT IS SO ORDERED.

Dated: **February 27, 2007**           /s/ **Dennis L. Beck**
3b142a                                  UNITED STATES MAGISTRATE JUDGE