1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

### EASTERN DISTRICT OF CALIFORNIA

12

| | | |
|---|---|---|
| RON HOWARD, JR., | ) | 1:06-CV-01589 LJO NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #10] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| JEANNE WOODFORD, Director, | ) | [Doc. #1] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

13
14
15
16
17
18
19
20

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.

21
22

        On February 28, 2007, the Magistrate Judge issued Findings and Recommendation that

recommended the petition be DISMISSED with prejudice.  The Magistrate Judge further

23

recommended that the Clerk of Court be DIRECTED to enter judgment.  The Findings and

24

Recommendation was served on all parties and contained notice that any objections were to be filed

25

within thirty (30) days of the date of service of the order.

26

        On March 19, 2007, Petitioner filed objections to the Findings and Recommendation.

27

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

28

1  *novo* review of the case.  Having carefully reviewed the entire file and having considered the

2  objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is

3  supported by the record and proper analysis, and there is no need to modify the Findings and

4  Recommendations based on the points raised in the objections.

5        Accordingly, IT IS HEREBY ORDERED that:

6        1. The Findings and Recommendation issued February 28, 2007, is ADOPTED IN FULL;

7        2. The Petition for Writ of Habeas Corpus is DISMISSED with prejudice; and

8        3. The Clerk of Court is DIRECTED to enter judgment.

9  IT IS SO ORDERED.

10  **Dated:    March 28, 2007**              **/s/ Lawrence J. O'Neill**
    b9ed48                                    UNITED STATES DISTRICT JUDGE